No. 93–1479. CRUTTENDEN & CO. ET AL. *v.* LYNCH ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–1483. HARRISON ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION; and

No. 93–1485. FEDERAL DEPOSIT INSURANCE CORPORATION *v.* COCKE ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1484. PETERS *v.* POLK COUNTY MEMORIAL HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 93–1547. IN RE SMITH. C. A. 10th Cir. Certiorari denied.

No. 93–1550. CORWIN, REGISTRAR OF VOTERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, ET AL. *v.* MARK ET AL.; and

No. 93–1846. MARK ET AL. *v.* CORWIN, REGISTRAR OF VOTERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1603. CITY OF CLEARWATER, FLORIDA, ET AL. *v.* CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.; and

No. 93–1630. RESTIVO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1632. ENG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–1644. BURCHARD ET UX. *v.* DALTON, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 93–1651. PATRICK *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 93–1662. MOBILE FREEZERS, INC. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.